**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven Joe GATEWOOD, Defendant–Appellant.**

**No. 03–3163.**

United States Court of Appeals, Tenth Circuit.

June 1, 2005.

Ancy M. Caplinger, Randy M. Hendershot, Office of the United States Attorney, Topeka, KS, for Plaintiff–Appellee.

Marilyn M. Trubey, Office of the Federal Public Defender for the District of Kansas, Topeka, KS, for Defendant–Appellant.

Before KELLY, ANDERSON and HENRY, Circuit Judges.

---

## ·ORDER

This matter comes on for consideration of the Supreme Court's order vacating our judgment, *United States v. Gatewood,* 370 F.3d 1055 (10th Cir.2004), and remanding this case for consideration of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *Gatewood v. United States,* —— U.S. ——, 125 S.Ct. 1013, 160 L.Ed.2d 1036 (2005). We requested supplemental briefs by the parties. Upon consideration thereof, we will remand this case for resentencing as both parties agree that is the proper remedy. Thus, the government's motion to remand for resentencing is GRANTED and the case is REMANDED for resentencing. Mr. Gatewood's request that the matter be reassigned to a different judge is DENIED.